# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY CHAVEZ; AMANDA CHAVEZ,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:22-cv-00699-KJM-AC<br><br>Hon. District Judge Kimberly J. Mueller<br>Hon. Mag. Judge Allison Claire<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT FREEDOM MORTGAGE CORPORATION TO RESPOND TO COMPLAINT**<br><br>Action Filed:  March 11, 2022<br>Trial Date:     N/A<br><br>Current Response Date: June 17, 2022<br>New Response Date: July 18, 2022 |

The Court having considered the *Stipulation to Extend Deadline for Defendant Freedom Mortgage Corporation to Respond to Complaint* (the "Stipulation") entered into by and between *plaintiffs* Stacy Chavez and Amanda Chavez ("Plaintiffs") and *defendant* Freedom Mortgage Corporation ("Defendant," and together with Plaintiffs, the "Parties"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

///

///

**IT IS FURTHER ORDERED** that Defendant shall have until July 18, 2022 to file a response to Plaintiff's Complaint in this action.

**IT IS SO ORDERED**.

DATED: June 24, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE